# In The United States Court of Federal Claims

## Cover Sheet

04-1668 C

Plaintiff(s) or Petitioner(s)

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] George C. LACY

Firm Name:

Post Office Box:

Street Address: 5628 11th Street N.W.

City-State-Zip: Washington, D.C. 20001

Telephone & Facsimile Numbers: (W) 301 455-6873 (Fax) 202-722-5307

E-mail address: G1lace@aol.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Appeal Final decision No 176 of OPM denying administrative expenses under Contract No 1164

Government Agency Involved: 0

**See attached Sheet for three digit code.**

Amount Claimed: $4,178,423

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003