# In the United States Court of Federal Claims

No. 04-1668 C

(E-Filed: January 5, 2005)

NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court unfiled is Defendant's Motion for an Enlargement of Time. Defendant has attempted to file a paper version of the document. Because this case was designated as an electronic case on November 12, 2005, the document cannot be filed in its current format. The Clerk of the Court shall return the document to defendant.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge