**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1668C (Judge Hewitt) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR**
**AN ENLARGEMENT OF TIME**

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully seeks an enlargement of 35 days to answer or otherwise respond to plaintiff's complaint. Defendant's response is now due on January 11, 2005. Defendant seeks an enlargement of time until February 15, 2005, to file its response. This is the first motion for an enlargement of time for this purpose that defendant has filed. Counsel for plaintiff has advised undersigned counsel that he will not file an opposition to this request.

Defendant seeks an enlargement of time because counsel for the Office of Personnel Management ("OPM"), the interested agency, has advised undersigned counsel that, because of the press of other matters, OPM does not expect to be able to provide undersigned counsel with the agency's litigation report until the last week of January. After he receives the litigation report, counsel will need time to draft a response, to circulate the draft for comment to OPM and to his superiors within the

Department of Justice, and to prepare the final document for filing with the Court.

For these reasons, defendant respectfully requests an enlargement of time until February 15, 2005, to file our response.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brayant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Richard S. Ewing
RICHARD S. EWING
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 616-0462
Fax: (202) 514-8624

January __, 2005

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2005, a copy of the foregoing Defendant's Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.:

s/ Richard S. Ewing