# In the United States Court of Federal Claims

No. 04-1668 C
(E-Filed: January 10, 2005)

| | |
|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Designated as an electronic case, this case requires all filings to be made electronically. To submit electronic filings, counsel must register for training to use the Case Management/Electronic Case Filing (CM/ECF) system. The Clerk of the Court has advised chambers that plaintiff's counsel, George Lacy, Jr., does not have a cm/ecf account. For information about registering for training, plaintiff's counsel is directed to contact the CM/ECF User Assistance line at 866-784-6273 (toll free) or 202-219-9942, Monday to Friday, 9 a.m. to 5 p.m. Plaintiff shall comply with this Order by obtaining a cm/ecf account on or before February 11, 2005. If the foregoing is not timely complied with, the court may employ any available sanction. Courtesy copies of this Order shall be delivered to counsel by first class mail and, if possible, by facsimile.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge