**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1668C (Judge Hewitt) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR**
**<u>AN ENLARGEMENT OF TIME</u>**

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully seeks an enlargement of 60 days to answer or otherwise respond to plaintiff's complaint. Defendant's response is now due on February 15, 2005. Defendant seeks an enlargement of time until April 14, 2005, to file its response. This is defendant's second request for an enlargement of time for this purpose. Defendant's first request was for 35 days. Counsel for plaintiff has advised undersigned counsel that he will not file an opposition to this request.

Defendant seeks an enlargement of time to permit the parties to explore the possibility of settling the litigation. Counsel for the parties have had preliminary discussions concerning settlement, and, in response to defendant's request, plaintiff has provided preliminary documentation to defendant that defendant is now reviewing.

For these reasons, defendant respectfully requests an

enlargement of time until April 14, 2005, to file our response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ Richard S. Ewing

RICHARD S. EWING
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 616-0462
Fax: (202) 514-8624

February 9, 2005 Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 9th day of February, 2005, a copy of the foregoing Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Richard S. Ewing