# In the United States Court of Federal Claims

No. 04-1668 C
(E-Filed: February 10, 2005)

NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court are two Motions for an Enlargement of Time filed by defendant. In contravention of the Rule 83.1(c)(3) of the Court of Federal Claims (RCFC), counsel for the United States has failed to file a notice of appearance. Absent the filing of a notice of appearance, both motions lack the signature of the attorney of record. See RCFC 11, 83.1(c)(2). Defendant shall file a notice of appearance on or before February 14, 2005.

The court STRIKES Defendant's Motion for an Enlargement of Time, which was electronically filed on February 9, 2005 as document number 8, because it is the same motion for enlargement of time which was filed previously on January 11, 2005 and was granted by the Clerk of the Court on January 11, 2005. The court GRANTS Defendant's Motion for an Enlargement of Time which was filed electronically on February 9, 2005 as document number 9 based on the representations contained in the motion. On or before April 14, 2005, defendant shall file its response to plaintiff's complaint.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge