IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-1668C (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Richard S. Ewing as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Richard S. Ewing
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St. N.W.
Attention Classification Unit
Washington, D.C. 20005

February 23, 2005

s/ Richard S. Ewing

Richard S. Ewing
Attorney
Commercial Litigation Branch
Civil Division
TEL (202) 307-0277
FAX (202) 514-8624

CERTIFICATE OF FILING

I hereby certify that on February 23, 2005, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Richard S. Ewing
__________________
Richard S. Ewing