IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

| | |
|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA<br>Defendant. | No. 04-1668C<br>(Judge Hewitt) |

ANSWER TO COUNTERCLAIM

Plaintiff National Alliance of Postal and Federal Employees (NAPFE), by and through undersigned counsel, respond to the Counterclaim of Defendants in this action as follows:

FIRST DEFENSE

NAPFE answers the individually numbered paragraphs in Defendants' Counterclaim as follows:

1. NAPFE admits the allegations of paragraph 1 of the counterclaim.

2. NAPFE admits the first sentence of paragraph 2 of the counter claim and denies the remaining allegations in that paragraph in that the document referenced speaks for itself.

3. NAPFE denies the allegations of paragraph 3 in that the administrative expenses referenced were funds necessary to operate the health plan in a manner consistent with contractual and statutory requirements.

4. NAPFE denies the allegations of paragraph 4 in that the expenses referenced were funds necessary to operate the health plan in a manner consistent with contractual and statutory requirements.

5. NAPFE admits the allegations in paragraph 5.

6. NAPFE denies the allegations in paragraph 6 in that the funds charged were not excessive and were necessary for meeting contractual and statutory requirements.

7. NAPFE denies the allegations in paragraph 7 in that the sums referenced were necessary to operate the health plan in a manner consistent with contractual and statutory requirements.

8. NAPFE denies the allegations in paragraph 8.

9. NAPFE in reference to paragraph 9 admits that it received the final decision dated November 13, 2003 but denies the remaining allegations in that the document speaks for itself.

10. NAPFE denies the allegations in paragraph 10.

SECOND DEFENSE

The Counterclaim fails to state a claim upon which relief can be granted.

THIRD DEFENSE

Breach of Contract and Statutory Requirements.

The Defendant failed to satisfy its contractual and statutory requirements to authorize legitimate and reasonable expenses incurred by contractors performing services for the FEHB which were identified in the audits.

FOURTH DEFENSE

Constructive Change

Pursuant to statutory and contractual requirements NAPFE is entitled to an equitable adjustment of the Contract to recover NAPFE's increased cost caused by the constructive changes made by Defendant to the Contract.

FIFTH DEFENSE

Quantum Meruit

The Defendant and its enrollees have accepted all health care benefits provided by NAPFE and would be unjustly enriched by accepting substantial goods and services from NAPFE without just compensation.

SIXTH DEFENSE

The Counterclaim is barred by the doctrines of estoppel.

Dated May 4, 2005

Respectfully submitted,

/s/____________________________

George C. Lacy (D.C. Bar 955419)
1628 11th Street N.W.
Washington, D.C. 20012
301 455 6873
Counsel for Plaintiff, NAPFE

Certificate of Filing

I hereby certify that on this 4th day of May, 2005, a copy of the foregoing answer to counterclaim was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ George C. Lacy