IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | ) | No. 04-1668C<br>(Judge Hewitt) |

MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff National Alliance of Postal and Federal Employees (NAPFE), by and through undersigned counsel, move this Honorable Court for leave to amend their complaint to read as the Amended Complaint attached hereto as Exhibit A. As grounds therefore, Plaintiffs state that since filing the initial complaint, new facts about the Defendant's conduct have emerged, and Plaintiff states that justice requires that this Court allow their Motion to Amend.

On March 8, 2005 the Office of Personnel Management issued Final Decision Number 179 in reference to Final Audit Report Number YQ-00-03-110 for the operations of Plaintiff as sponsor for the Alliance Health Plan under the Federal Employees Health Benefit Program for Contract years 2001 through 2002. The expenses referred to in this report were reasonable and necessary for the operation and maintenance of the health plan and should not have been disallowed. These expenses also cover some of the same

activities and periods of time which are the subject of the present action and are duplicitous of findings in OPM's Final Decision Number 176.

Respectfully submitted

Dated May 5, 2005

/s/____________________________

George C. Lacy 955419
1628 11th Street NW
Washington, D.C. 20001
(301) 455 6873
Counsel for Plaintiff
National Alliance of Postal
And Federal Employees

Certificate of Filing

I hereby certify that on this 5th day of May, 2005, a copy of the foregoing Motion, Proposed Order, Amended Complaint and OPM Final Decision Letter 179 was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ George C. Lacy