IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | ) | No. 04-1668C<br>(Judge Hewitt) |

ORDER

Plaintiff having filed a motion for leave to amend complaint pursuant to Rule 15a,

It is ordered that Plaintiff's motion be and is granted.

Dated: ________.

______________________________
Judge Hewitt