United States
**Office of
Personnel Management**

Washington, D.C. 20415

RECEIVED MAR - 9 2005

In Reply Refer To: Your Reference:

MAR 8 2005

Mr. James M. McGee, President
Health Plan Union Office
National Alliance of Postal and Federal Employees
1628 11th Street, N.W.
Washington, DC 20001

Final Decision Number 179

Dear Mr. McGee:

This is in reference to Final Audit Report Number YQ-00-03-110, dated July 28, 2004, which reported on the operations at National Alliance of Postal and Federal Employees (NAPFE) as Sponsor for the Alliance Health Plan (Plan) in Washington, D.C., under the Federal Employees Health Benefits (FEHB) Program.

The purpose of this letter is to issue a final decision with regard to the unresolved audit findings as discussed in the Final Audit Report and outlined below.

| | |
|---|---|
| Unallowable Subcontract and Related Charges: | $ 882,080 |
| Overhead Allocations: | $ 509,083 |
| Excess Letter of Credit Drawdowns: | $ 805,660 |
| Less Office of the Inspector General Adjustment | $(1,391,163) |
| Total | $ 805,660 |

- Discussion of issues - Pages 4 through 10 of the Final Audit Report
- Scope of the issue - Contract years 2001 through 2002 – Schedule B of the Final Audit Report

As a result, the outstanding amount of $805,660 is considered to be an unallowable charge to the FEHB Program. In addition, Lost Investment Income (LII) is owed on the outstanding amount as shown in Section II below.

## II. LOST INVESTMENT INCOME ON UNALLOWABLE, UNALLOCABLE, OR UNREASONABLE CHARGES:

During the audit it was determined that $805,660 was owed to the FEHB Program. The original amount of Lost Investment Income (LII) calculated by the Office of the Inspector General, reflected in the Final Audit Report, was in error. Therefore, we have revised the calculation of lost investment income (LII) to correct the error and to extend amounts due the FEHB Program from December 31, 2003 through December 31, 2004. The revised calculation shows that the FEHB Program is owed $63,948 based on principal amounts owed (See Enclosure). You should note that LII will continue to accrue until all amounts are returned to the FEHB Program.

48 CFR §1652.215-71 requires the carrier to invest and reinvest all excess FEHB Program funds on hand, and to credit all investment income earned on those funds to the Special Reserve on behalf of the FEHB Program. When the carrier fails to comply with these requirements, the carrier shall credit the Special Reserve with investment income that would have been earned at the rates specified by the Secretary of the Treasury.

Failing to comply includes failing to credit any income due the contract and/or failing to place refunds, credits, investment income earned, or other amounts owed the Special Reserve, in income producing investments and accounts.

## III. CONTRACTING OFFICER'S FINAL DECISION

This is the Contracting Officer's final decision regarding these issues from Final Audit Report Number YQ-00-03-110. Please remit $869,608 ($805,660 + $63,948) to the FEHB Program within 30 days of this Final Decision.

My decision will be final unless you furnish a written notice of appeal to me and the Armed Services Board of Contract Appeals within 90 days of receipt of this decision, or you file suit in the United States Court of Federal Claims within 12 months of receipt of this decision. You or an attorney acting on your behalf should sign the appeal notice. It should clearly indicate that an appeal is intended, refer to this decision, and identify the contract by number. The notice of appeal should include a statement of the reasons why you consider this decision erroneous.

Should you or members of your staff have any questions, please contact Ron Ostrich (Ronald.Ostrich@OPM.GOV) of my staff at (202) 606-0745. Or, if you prefer, he can be reached via facsimile at (202) 606-0140.

Sincerely,

Frank D. Titus
Assistant Director
for Insurance Services

Enclosure

cc: Daniel A. Green, Chief
Health Insurance Group II

NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES
AS SPONSOR FOR THE ALLIANCE HEALTH BENEFIT PLAN
FINAL AUDIT REPORT 1B-YQ-00-03-110

LOST INVESTMENT INCOME CALCULATION

| | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|
| **A. QUESTIONED CHARGES (Subject to Lost Investment Income)** | | | | | |
| ADMINISTRATIVE EXPENSES | $885,471 | $505,692 | $0 | $0 | $1,391,163 |
| ADJUSTMENT FOR ADMINISTRATIVE EXPENSES ** | (885,471) | (505,692) | 0 | 0 | (1,391,163) |
| CASH MANAGEMENT | 0 | 805,660 | 0 | 0 | 805,660 |
| TOTAL | $0 | $805,660 | $0 | $0 | $805,660 |
| **B. LOST INVESTMENT INCOME CALCULATION - Simple Interest Method** | | | | | |
| a. Prior Years Total Questioned (Principal) | $0 | $0 | $805,660 | $0 | |
| b. Cumulative Principal | 0 | 0 | 0 | 805,660 | |
| c. Total | $0 | $0 | $805,660 | $805,660 | |
| d. Treasury Rate: January 1 - June 30 | 6.375% | 5.500% | 4.250% | 4.000% | |
| e. Interest (d*c) | $0 | $0 | $17,120 | $16,113 | $33,233 |
| f. Treasury Rate: July 1 - December 31 | 5.875% | 5.250% | 3.125% | 4.500% | |
| g. Interest (f*c) | $0 | $0 | $12,588 | $18,127 | $30,715 |
| Total Interest By Year (e+g) | $0 | $0 | $29,708 | $34,240 | $63,948 |

** Since actual administrative expenses for the Alliance Health Benefit Plan exceeded the contract expense limitations by $1,451,759 and $815,910 in 2001 and 2002, respectively, we decreased the questioned charges that are subject to lost investment income by $1,391,163.