# In the United States Court of Federal Claims

No. 04-1668 C
(E-Filed: May 13, 2005)

NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court are two filings by plaintiff, specifically, plaintiff's Answer to Counterclaim and plaintiff's Motion for Leave to Amend Complaint. In contravention of the Rules 11 and 83.1(c)(2), both filings are missing the signature of the attorney of record. See RCFC 11, 83.1(c)(2). By leave of court, these documents, respectively document numbers 14 and 15, shall be filed.

The court reminds the parties that filings must comply with Rules 11 and 83.1(c)(2), and that electronic signatures read "s/ Jane Doe" above the attorney of record's name (repeated), address and other required information. The parties are encouraged to contact ECF User Assistance at 866-784-6273 (toll free) regarding electronic filing questions

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge