# In the United States Court of Federal Claims

No. 04-1668 C
(E-Filed: May 17, 2005)

| | |
|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is plaintiff's Motion for Leave to Amend Complaint. In accordance with Rule 15(a) of the Court of Federal Claims, the court GRANTS plaintiff's motion. Defendant shall file an amended answer on or before May 27, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge