# In the United States Court of Federal Claims

No. 04-1668 C
(E-Filed: June 2, 2005)

NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

By electronically filed Order dated May 17, 2005, the court granted plaintiff's motion for leave to amend its complaint. Although plaintiff appended the amended complaint as an attachment to its motion for leave, plaintiff did not file the amended complaint. As an attachment to the motion for leave to file, plaintiff's amended complaint is not deemed filed. Plaintiff shall file its amended complaint on or before June 3, 2005. Defendant has filed an answer to the amended complaint attached to plaintiff's motion for leave. Therefore, defendant need not respond to plaintiff's filing of its amended complaint. Plaintiff shall not amend the proposed complaint appended to its motion for leave without further leave of court.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge