IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES | ) | |
| Plaintiff, | ) | No. 04-1668C (Judge Hewitt) |
| v. | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Plaintiff National Alliance of Postal and Federal Employees (NAPFE), by and through undersigned counsel, respectfully request an enlargement of time of 10 days, to and including July 28, 2005, within which to file the parties' Joint Preliminary Status Report ("JPSR"). The JPSR is due to be filed July 18, 2005. This is plaintiff's first request for an enlargement of time for this purpose. Defendant's counsel has informed us that defendant does not oppose our request for an enlargement of time for this purpose.

Counsel for the Plaintiff has prepared and exchanged a draft JPSR. However, as defendant's counsel will be out of town during the week of July 11, 2005 and plaintiff's counsel will be out of town from July 13-25, 2005, it will not be possible for counsels to complete review and coordination of the draft until they can meet on July 27, 2005.

Plaintiff's counsel apologizes to the Court for any inconvenience caused by the filing of this motion to enlarge.

For these reasons, plaintiff respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted

Dated July 8, 2005

s/George C. Lacy

George C. Lacy 955419
1628 11th Street NW
Washington, D.C. 20001
(301) 455 6873
Counsel for Plaintiff
National Alliance of Postal
And Federal Employees

Certificate of Filing

I hereby certify that on this 8th day of July, 2005, a copy of the foregoing Motion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ George C. Lacy
George C. Lacy