# In the United States Court of Federal Claims

No. 04-1668 C
(E-Filed: July 14, 2005)

NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Plaintiff's Motion for Enlargement of Time within which to file the parties' Joint Preliminary Status Report. Plaintiff requests an additional ten days, specifically to and including July 28, 2005. Defendant does not oppose the request. Based on the representations contained therein, the motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge