# In the United States Court of Federal Claims

No. 04-1668 C
(E-Filed: August 1, 2005)

NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is the parties' Joint Preliminary Status Report. An informal telephonic status conference will be held in this matter on Wednesday, August 3, 2005 at 3:30 p.m. to discuss further the parties' proposed discovery schedule. The parties shall initiate the conference call to chambers at (202) 357-6568.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge