# In the United States Court of Federal Claims

No. 04-1668 C
(E-Filed: August 3, 2005)

NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is the parties' Joint Preliminary Status Report. Consistent with the parties' proposed discovery deadlines, the court orders the following:

(1) On or before February 3, 2006, the parties shall complete all non-expert discovery.

(2) On or before March 10, 2006, the parties shall disclose their expert reports.

(3) On or before April 7, 2006, the parties shall complete all expert depositions.

(4) During the week of April 10, 2006, the parties shall contact chambers to arrange a status conference for the scheduling of additional proceedings.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge