IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES, | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1668C |
| vs. | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION TO STAY

Plaintiff, National Alliance of Postal and Federal Employees, and defendant, the United States, have entered into a settlement agreement resolving all of the parties respective claims in this matter. The settlement agreement calls for a period of six months for the parties to perform pursuant to the settlement agreement. Pursuant to Rules, 1, 6.1, and 7 of the Rules of the Court of Federal Claims, the parties respectfully request that the Court stay this action for a period of six months, from April 14, 2006 to October 13, 2006, so that the parties may perform the settlement agreement.

Respectfully submitted

s/George C. Lacy
George C. Lacy
1628 11th Street NW
Washington, D.C. 20001
(301) 455 6873
Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tel: (202) 307-0282
Fax: (202) 514-8624
Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 17 th day of April, 2006, a copy of the Joint Preliminary Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell
Michael N. O'Connell