# In the United States Court of Federal Claims

No. 04-1668 C
(E-Filed: April 19, 2006)

NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is the parties' Joint Motion to Stay (Mot. or Motion), stating that the parties "have entered into a settlement agreement" and requesting a stay of proceedings "for a period of six months . . . so that the parties may perform the settlement agreement." Mot. at 1. Based on the representations contained therein, the Motion is GRANTED. On or before October 13, 2006, the parties shall file a joint status report suggesting further proceedings if the parties have not filed a joint stipulation of dismissal on or before that date.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge