IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES, | ) | |
| Plaintiff, | ) | No. 04-1668C |
| vs. | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated April 19, 2006, plaintiff, National Alliance of Postal and Federal Employees ("NAPFE"), and defendant, the United States, respectfully submit this joint status report. In their joint motion to stay the case filed on April 17, 2006, the parties informed the Court that they had entered into a settlement agreement which had a performance period of six months. The settlement agreement called for a payment by NAPFE to defendant by October 10, 2006. On October 10, 2006, NAPFE'S counsel informed defendant that it did not have the funds to make the payment. However, NAPFE's counsel stated that NAPFE is attempting to obtain a loan to make the payment, that NAPFE has adequate assets to secure such a loan, and that NAPFE believes, in good faith, that it has a reasonable likelihood of success of obtaining a loan in an amount sufficient to fund the settlement. NAPFE's counsel states that NAPFE believes that it will have the loan proceeds by the end of this month or a settlement date when the funds will be provided to the Government.

Accordingly, the parties respectfully request that the Court continue the stay of this action through November 3, 2006, and order the parties to file a joint status report by November 9, 2006.

Respectfully submitted

s/George C. Lacy
George C. Lacy
1628 11th Street NW
Washington, D.C. 20001
(301) 455 6873
Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tel: (202) 307-0282
Fax: (202) 514-8624
Attorneys for Defendant

DATED: October 12, 2006

Certificate of Filing

I hereby certify that on this 12th day of October, 2006, a copy of the Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell
Michael N. O'Connell