# In the United States Court of Federal Claims

No. 04-1668 C
(E-Filed: October 18, 2006)

NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is the parties' Joint Status Report (JSR), stating that the "settlement agreement called for a payment by [plaintiff] to defendant by October 10, 2006," JSR 1, but that plaintiff's "counsel informed defendant that it did not have the funds to make the payment," id. The JSR also states that plaintiff "is attempting to obtain a loan to make the payment," id., and that plaintiff believes "it will have the loan proceeds by the end of this month or a settlement date," id. The parties request that the court continue the stay of this action through November 3, 2006. Based on the representations contained therein, the Motion is GRANTED. On or before November 9, 2006, the parties shall file a joint status report suggesting further proceedings if the parties have not filed a joint stipulation of dismissal on or before that date.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge