IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES, | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1668C |
| vs. | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's order dated October 18, 2006, defendant, the United States, respectfully submits this status report upon behalf of both parties. Defendant has discussed this status report with George Lacy, counsel for plaintiff, National Alliance of Postal and Federal Employees ("NAPFE"), who authorized defendant to state that this status report is filed upon behalf of both parties. In the parties' previous status report, the parties informed the Court that NAPFE had not made its payment pursuant to the parties' settlement agreement but was trying to obtain a loan to make the payment. NAPFE has since informed defendant that it has arranged a loan to pay defendant and expects a settlement date on that loan within the next 30 days.

Accordingly, the parties respectfully request that the Court continue the stay of this action through December 20, 2006, and order the parties to file a joint status report by December 20, 2006.

Respectfully submitted

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tel: (202) 307-0282
Fax: (202) 514-8624
Attorneys for Defendant

DATED: November 13, 2006

Certificate of Filing

I hereby certify that on this 12th day of October, 2006, a copy of the Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell
Michael N. O'Connell