# In the United States Court of Federal Claims

No. 04-1668 C
(E-Filed: November 14, 2006)

| | |
|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is defendant's Status Report (SR) that defendant has filed on behalf of both parties. SR 1. The parties state that plaintiff "has arranged a loan to pay defendant and expects a settlement date on that loan within the next 30 days." Id. The parties request that the court continue the stay of this action through December 20, 2006. Based on the representations contained therein, the Motion is GRANTED. On or before December 20, 2006, the parties shall file a joint status report suggesting further proceedings if the parties have not filed a joint stipulation of dismissal on or before that date.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge