IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES, | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1668C |
| vs. | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFF'S STATUS REPORT

Pursuant to the Court's order dated November 9, 2006, Plaintiff respectfully submits this status report upon behalf of both parties. Plaintiff has discussed this status report with Michael N. O'Connell, counsel for Defendant, who authorized Plaintiff to state that this status report is filed upon behalf of both parties. In the parties' previous status report, the parties informed the Court that Plaintiff had arranged a loan to pay Defendant and expected a settlement date for the loan on or before today consistent with the lender's loan commitment letter which anticipated closing on or before the close of this year. However, several requirements for closing on the loan which were anticipated to be completed by this date are still in process and due to the holidays may not be completed until after the first of the year. Accordingly, the parties respectfully request that the Court continue the stay of this action through January 10, 2007, and order the parties to file a joint status report by January 10, 2007.

Respectfully submitted

s/George C. Lacy

GEORGE C. LACY
1628 11th Street N.W.
Washington, D.C. 20001
301 455 6873
Counsel for Plaintiff

DATED: December 20, 2006

Certificate of Filing

I hereby certify that on this 20 day of December, 2006, a copy of the Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/George C. Lacy
George C. Lacy