# In the United States Court of Federal Claims

No. 04-1668 C
(E-Filed: December 21, 2006)

NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiff's Status Report (SR) that plaintiff has filed on behalf of both parties. SR 1. In the parties' previous report, the parties had informed the court that plaintiff had arranged a loan to pay defendant and expected a settlement date for the loan on or before today. Id. However, the parties now state that "several requirements for closing on the loan which were anticipated to be completed by this date are still in process and[,] due to the holidays[,] may not be completed until after the first of the year." Id. The parties request that the court continue the stay of this action through January 10, 2007. Based on the representations contained therein, the Motion is GRANTED. On or before January 10, 2007, the parties shall file a joint status report suggesting further proceedings if the parties have not filed a joint stipulation of dismissal on or before that date.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge