IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES, | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1668C |
| vs. | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFF'S STATUS REPORT

Pursuant to the Court's order dated December 21, 2006, Plaintiff respectfully submits this status report upon behalf of both parties. Plaintiff has discussed this status report with Michael N. O'Connell, counsel for Defendant, who authorized Plaintiff to state that this status report is filed upon behalf of both parties. In the parties' previous status report, the parties informed the Court that Plaintiff had arranged a loan to pay Defendant and that several requirements for closing the loan were still in process but were anticipated to be completed after January 1, 2007. Attached is a letter from the representatives of the lender explaining the remaining requirements outstanding and the expected dates for completion. Based on these dates it is expected that the loan will close on or before January 31, 2007. Accordingly, the parties respectfully request that the Court continue the stay of this action through February 7, 2007, and order the parties to file a joint status report by February 7, 2007 unless a joint stipulation of dismissal has not been filed on or before that date.

Respectfully submitted

s/George C. Lacy

GEORGE C. LACY
1628 11th Street N.W.
Washington, D.C. 20001
301 455 6873
Counsel for Plaintiff

DATED: January 10, 2007

Certificate of Filing

I hereby certify that on this 10 day of January, 2007, a copy of the Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/George C. Lacy
George C. Lacy