**DWYER-CURLETT & CO.**
A Q10 CAPITAL LLC PARTNER

January 9, 2007

Mr. George Lacy
General Counsel
National Alliance of Postal and Federal Employees
1628 11th Street NW
Washington, DC 20001

**Re: Loan Closing Date**

Dear George:

Dwyer-Curlett & Co. obtained conditional approval from Ohio National Life Insurance Company for a loan in the amount of $3,350,000 for the office building at 1628 11th NW; Washington D.C. on November 22, 2006, which NAPFE acknowledged by placing a deposit in the amount of $62,000. As part of that loan approval, NAPFE was also required to provide additional collateral in an amount of not less than $1 million.

Since NAPFE's only available additional collateral was in the form of an adjacent 7-unit apartment building, it required the same due diligence process as the original security. This additional process effectively doubled the amount of time required to fund a loan.

Currently, the only remaining outstanding items for the due diligence are the Appraisal (limited report including values is due January 18th), Property Condition Report (due January 19th) and Phase I Environmental Report (due January 19th). Ohio National will require a few days to review the third party reports and finalize everything for closing. If everything meets with Ohio National's conditional approval, we anticipate funding of the loan on or before January 31, 2007.

Please feel free to call with any questions. We appreciate your patience throughout this process and look forward to speaking with you again soon.

Sincerely,

Sandy W. Thompson
Vice President

Jeffrey A. Walls
Vice President

LAC

770 East Warm Springs Road, Suite 235 • Las Vegas, NV 89119
702.732.1344 • Fax: 702.732.2074 • www.Q10capital.com
LOS ANGELES • ORANGE COUNTY • SAN DIEGO • **LAS VEGAS**