# In the United States Court of Federal Claims

No. 04-1668 C
(E-Filed: January 16, 2007)

| | |
|---|---|
| NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is plaintiff's Status Report (SR) that plaintiff has filed on behalf of both parties. SR 1. In the parties' previous report, the parties had informed the court that plaintiff had arranged a loan to pay defendant and that several requirements for closing the loan were still in process but would be completed after January 1, 2007. Id. The parties now state that the loan is expected to close on or before January 31, 2007. Id. The parties request that the court continue the stay of this action through February 7, 2007. Based on the representations contained therein, the Motion is GRANTED. On or before February 7, 2007, the parties shall file a joint status report suggesting further proceedings if the parties have not filed a joint stipulation of dismissal on or before that date.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge